**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-00448-001 |
| | ) | |
| MEGAN KYLIE ROBINSON, | ) | |
| Defendant. | ) | |

**DEFENDANT ROBINSON'S**
**MOTION FOR DOWNWARD VARIANCE**

COMES NOW the Defendant, Megan Robinson, by and through counsel, Marna Franklin, hereby motioning the Court for a downward variance from the Sentencing Guidelines as calculated by the Court at sentencing and in consideration of the factors under 18 U.S.C. § 3553(a). Specifically, the Defendant would urge the Court to consider the following circumstances in consideration of her anticipated sentence:

1. Ms. Robinson's abandonment by father;

2. Ms. Robinson's history of sexual abuse;

3. Ms. Robinson's drug addiction and mental health at the time of the commission of the offense;

4. Ms. Robinson's remorse regarding her commission of the offense.

In conclusion, Ms. Robinson respectfully requests the Court grant a downward variance from the sentencing guidelines in determining the proper punishment for her offense conduct. To further advise and brief the Court regarding Ms. Robinson's history and characteristics in support of this Motion, the Defendant would also incorporate the contents of her Sentencing Memorandum addressing the statutory factors set forth in Title 18, United States Code, §3553(a), as they relate to a fair and just sentence in the case.

Respectfully Submitted,

*s/ Marna Franklin*_________
Marna Franklin, OBA No. 17148
620 N. Robinson, Suite 203
Oklahoma City, OK 73102
(405) 239-2454 Telephone
(405) 212-5063 Fax
Attorney for Megan Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, and transmitted Notice of Electronic Filing to the following ECF registrants:

Brandon Hale,
Assistant United States Attorney.

s/Marna Franklin