3-26-2026
Debra Palmer
216 SW 132 Pl
OKC, OK 73170

Dear Judge.Wyrick My name is Debra Palmer the grandmother of Megan Robinson.Im writing you to shed a little light about my granddaughter Megan. I'm just hoping to share a little about the Megan I know and love so dearly.My family and I are just heart broken over what she has done and been charged with.She was a good student never got in any trouble. She was such a bright smart loving caring young girl.She help her mom so much at a young age as her mom was born with cerebral palsy but Megan never seen her any different than just her Mom. Her dad left when Megan was around 3. So she never had a father figure in her life. But she had all of her family around her all the time. Later in life she met her boyfriend and moved in with him and moved to ELReno. After a while she had two beautiful children that she adored.She loved coming to her mom's and bringing the kids to see all of our family. Then she and her boyfriend started having problems and she didn't get to come very much like she used to.

We should have known something was wrong because Megan was always wanting to bring the kids up and spend time with her family.Then her boyfriend told her she had to move and take the kids with her.At this time we had know idea she was taking pills and was dependent on them. It was something called Kratom that you could buy at almost any convenience store.Once her mom got her up hear and they got a place together we had know idea how bad she was on them she was taking a bottle of 20 pills every few days her mom got her in a out patient rehab and things seemed to be getting better. But the thing is she adored her kids she never missed a Drs appointment she took them to the Drs anytime she thought they weren't feeling well. She did things with them all the time.They loved their Mom so much and she loved them.She went to all school functions she was always there for her kids. I believe with all my heart those pills did something to my granddaughter. She would've never done those things if she was in her right mind.I believe that with all my heart. I just wanted you to know she was a good mom and a good person. I know she has to be held accountable for what she has done.I know Megan is truly sorry for the choices she made and she's paying the price for her drug addiction.Im just hoping she can be the Mom she was before the addiction and has the chance to see her children again. Thank you for listening your Honor. Sincerely Debra Palmer

Debra Palmer

3-26-2026

Cell # 405-631-6970

DEFENDANT'S EXHIBIT 2