Dear Judge Wyrick ....

My name is Misti Palmer, and my niece Megan Robinson is the one being sentenced. I'm going to try to capture her in a way before she does the unthinkable. Growing up, she was always a fun-loving child and she was always one who loved to be told bedtime stories and loved playing with her dollhouse. She had a great imagination for a childhood like you see in movies or Tv shows . Mom and dad and loving grandparents. She had a loving mom and loving grandmothers , but she always wanted the dad that she knew. But he was never in her life , except her first few years . And that kind of stuck with her as she grew older . Always wondered why she was never good enough for him to be a father to her. He was always on drugs or in and out of jail. She learned through family. Her mom was always giving her the best she could give and tried to make up for his lack of support. Her mom has a disability that kept Megan at bay to a point that she had to always help her, and Megan never once showed any resentment towards her for always being there for her she always had a love for helping people especially her mother . And when she had her own family and her son was born early with his own disability and had to overcome a lot to survive, I think it took a toll on her and her mine as well as her body . Then her son's dad was really never there to support her and help take care of their son. He was always working and later learned of his cheating, but yet she tried to forgive him, and then she got pregnant again with their daughter, and she hadn't quite gotten over her first pregnancy and the trauma that still had on her . She later started taking perception pills to help with her pain she was having due to having kids and being the caregiver to them by herself. She finally went to a pain management doctor, and her fiancée and friend got her to start taking kratom, and then she was never the same after that . She would never visit family and only call her mom for money. That kratom changed her own mindset. She became addicted really fast and then she found out her boyfriend was cheating on her again and again. Leaving her alone all day and most nights with the kids . She eventually left, and her and her mom got a place together. Her mother finally learned the truth about her addiction to the kratom, and her boyfriend never told her family members about it . Even though he knew about it for a year . So, they got her into rehab, and it seemed to help her, and she slowly started to come back to a happy place. But she took so much of it that it altered her, and I think forever will . She is a disturbed person for what she did to her and her kids for the price of addiction; we can all agree to that . But she's not a monster that seeks out this as a form of pleasure to indulge in this behavior. I believe it was a fuel addiction leading to a mind she no longer had control over . Everyone deserves a second chance; after their consequences for their actions, 100 percent agree she deserves that . But to spend her whole life in jail to never get that chance , I don't think it will give her that second chance to make it right with her and her kids one day . She was always one to keep it together for everyone else, and she needs someone to give her hope that she tried to give in return to people that knew her and loved her .

Misti Palmer

4/01/2026

216 SW 132nd Place
Oklahoma City 73170

(405) 953-0288



DEFENDANT'S
EXHIBIT

3

tabbies