Dear Honorable Judge,

My name is Shawna Stephens, and I am writing to you regarding my great niece, Megan Robertson, and her recent convictions.

It is with a heavy heart that I respectfully ask for your consideration and leniency in Megan's sentencing. Megan has always been a kind, loving, and selfless mother, daughter, sister, granddaughter, aunt, and great niece. She is, honestly, one of the most resilient women I have ever known.

I have personally witnessed Megan take on the full responsibility of being a single parent without financial or emotional support from the father. Despite facing many difficult challenges and carrying significant responsibilities, she has consistently approached life with strength and determination. In my opinion, this speaks volumes about her true character and her ability to grow and learn from her mistakes.

Please understand that I am not excusing the seriousness or the harm of her actions. What occurred is unimaginable and deeply troubling. However, I do believe that Megan's actions do not fully reflect who she is as a person. I believe her struggles with postpartum mental health and substance use, including Kratom, played a significant role in how she reached this point. While this does not excuse what happened, it does provide important context.

Megan has a strong support system and a family who loves her and is committed to helping guide her toward a better path. We are ready to support her in getting the help she needs and ensuring she is held accountable while also given the opportunity to rebuild her life.

I respectfully ask for your consideration and any leniency you feel is appropriate, with the hope that she may receive the help she needs and a chance at a better future.

Thank you for your time and consideration.

Sincerely, Shawna Stephens

Shawna Stephens

3-28-2026
810 Hidden Valley Circle
Choctaw, OK   73020
405-623-6876


DEFENDANT'S EXHIBIT 4