Your Honor,

My name is Charles Minard. I am Megan's great uncle. I've known Megan since she was born. I do know growing up she never really had a father figure. As long as I have known her she has always been nice and a sweet person, she did well in school.

I do know she was in a verbal abusive relationship with her kid's father about here being fat and started taking some over the counter drugs about 4 years ago. My sister Megan's grandmother, and are family are devastated over this! We don't understand how this could even happen with no signs.

I know you will be fair I trust the justice system. We just ask your Honor if she could just be able to get some help.

The kids are the first priority. Megan's mom Brandi that is handicap in a wheelchair that has cerebral palsy helped raise these kids. She is a victim as well and is devastated. I would hope that there is a way that she could at least get special visitation rights. Those kids were her world, but like I said, I understand the kids are the most important I want to thank you for your time and I hope that you'll be able to help us find out what happened.

Thank you!!

*Thank you!*

Charles K Minard

4/1/2026

405- 430 -7177



DEFENDANT'S EXHIBIT 5