Dear Judge Wyrick

Hi my name is Brandi Palmer I am Megan Robinson Mother . I want to start off by telling you I am a ware of what my daughter charges are and that she has pleaded guilty too . If I'm being completely honest it's still hard for me to process this all. I am terribly hurt by her actions. I have not been able to see my Grand Kids Since all of this took place . Which I am very Sad about. I love my GrandKids very much and miss them terribly. I Can't believe my daughter did those things. Growing up Megan was always funny, caring loving person. She always had friends by and loved doing things with them and her family. She played sports she was in dance, A Cheerleader , She never got into trouble. She graduated Highschool and Even got a Scholarship to go to Redlands Community College. After graduating she moved out and moved in with her boyfriend at the time . Got a job at a bank were her boyfriends mom worked at. She seemed to really like working there . Then she got pregnant and she didn't have an easy pregnancy her son was born at 29 weeks he was in the Nicu 47 days. A Year later she had her daughter who was also born early at 34 weeks and spent time in the Nicu as well. She at this point was a stay at home mom raising her children while her boyfriend worked long hours and had little help from the father . In my opinion they didn't have a good relationship . She constantly complained about back pain and went to the doctor several times over it . To which he sent her to pain management and she was prescribed medication for her back pain. I also believe she was dealing with postpartum issues as well. Sometime after all of this she began taking KRATOM which you can buy at Convenience Stores legally. I'm not sure of the time frame when she actually started taking KRATOM I didn't know anything about it until her and her boyfriend broke up and I got a place with her to try and help her get off of them and get back on her feet . Which it wasn't easy to do at first. I finally got her to do 8 week outpatient program. Which she completed. I thought things were going pretty good . She seemed to be happier and she was putting on weight I thought things were really looking up . Before knowing all of this I would've told anybody that Megan was a great Mom she did everything for her children and took care of them when they were sick and took them to the doctors appointment feed them clothed them played with them took them to do stuff . But then when all of this happened I was in total shock. Not in a million years would I ever think my daughter could be capable of doing such terrible things. All I can think is maybe taking those KRATOM pills. Had to of done something to her for her to do those terrible things to her children. I know her actions have consequences and that will be up to you to decide. I love my daughter very much and I am deeply sorry for what she has done.I'm just Asking you to have Leniency on her when deciding her sentencing. I pray my daughter gets closer to God and changes her life around and truly has remorse for actions and once she is able too get released that she builds her life better for herself and Just Maybe have a relationship again with her Kids if that's what they would like to happen. Because she was never this kind of person until she took KRATOM I Believe. Thank you for taking the time to read my Letter .

Brandi Palmer
°

Brandi Palmer

3-18-2026

216 SW 132nd Pl.
OKC, OK 73170

(405) 642-5832



DEFENDANT'S
EXHIBIT

6